Edward S. Bushnell
Bushnell Law Office
P.O. Box 973
70 E. Simpson Ave.
Jackson, Wyoming 83001
307-413-7239
ed@bushnell-law.com

Alexander G. Rienzie*
Rienzie, LLC
P.O. Box 11488
Jackson, Wyoming 83002
631-332-7495
alex@rienzielaw.com

Michael Poon*
Cal. Bar No. 320156
Damien Schiff*
Cal. Bar No. 235101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
916-419-7111
MPoon@pacificlegal.org
DSchiff@pacificlegal.org

*Attorneys for Defendant*
**pro hac vice*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br> MICHELINO SUNSERI, <br><br> Defendant. | Case No.   L:24-po-00893 |

**DEFENDANT'S NOTICE OF APPEAL TO DISTRICT JUDGE**

Defendant Michelino Sunseri respectfully files this Notice of Appeal to a District Judge of the U.S. District Court for the District of Wyoming from the judgment of conviction entered on September 2, 2025, ECF No. 75. This appeal is made pursuant to 18 U.S.C. § 3402, Fed. R. Crim. P. 58(g)(2)(B), and U.S.D.C.L.Cr.R. 58.1.

DATED this 15th day of September 2025.

/s/ Michael Poon
Michael Poon*
Cal. Bar No. 320156
Damien Schiff*
Cal. Bar No. 235101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
916-419-7111
MPoon@pacificlegal.org
DSchiff@pacificlegal.org

/s/Edward S. Bushnell
Edward S. Bushnell
WY Bar No. 7-4951
Bushnell Law Office, LLC
P.O. Box 973
Jackson, WY 83001
307-413-7239
ed@bushnell-law.com

/s/Alexander G. Rienzie
Alexander G. Rienzie*
NY Bar No. 5556147
Rienzie, LLC
P.O. Box 11488
Jackson, WY 83002
631-332-7495
alex@rienzielaw.com

*Attorneys for Defendant*
*\*pro hac vice*

## CERTIFICATE OF SERVICE

  THIS IS to certify that on the 15th day of September 2025, we served a true and correct copy of the foregoing document via the Court's electronic filing system to the following:

Ariel Calmes
Email: *ariel.calmes@usdoj.gov*

            /s/ Michael Poon
            Michael Poon

            *Attorney for Defendant*