

**FILED**

10:56 am, 10/21/25

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                Plaintiff,

vs.

Michelino P Sunseri

                Defendant.

Case Number: L:24-PO-00893-SAH-1

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone: N/A      Interpreter: N/A
Date: Oct 21, 2025      Time: 10:30-10:55am

| Stephanie A. Hambrick | Jessica Jarvis | Zoom | N/A |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| | | N/A | |
| | U.S. Marshal | U.S. Probation Officer | |

Attorney(s) for Government     Ariel Calmes

Attorney(s) for Defendant(s)     Edward S Bushnell

Witness(es) for Government     N/A

Witness(es) for Defendant(s)     N/A

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 84 | to Vacate sentencing hearing and set status hearing | See "Other" |

Other:
Sentencing Hearing vacated. The rest of the motion will be taken under advisement.
Set for Status Conference on 11/18/2025 at 2:45pm.